HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA OREN, SBN # 297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ALBERTO SALGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00193-KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND A FAMILY MEMBER'S FUNERAL** |
| vs. | ) | |
| ALBERTO SALGADO, | ) | |
| Defendant. | ) | Date:  February 14, 2022<br>Time:  2:00 P.M.<br>Judge:  Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through David Spencer, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender Noa Oren, counsel for Defendant Alberto Salgado, that Mr. Salgado may be ordered temporarily released from custody at the Sacramento County Jail on Wednesday, February 16, 2022 from 9:00 a.m. to 4:00 p.m. to participate via zoom from the Federal Defender Office in the funeral services of his father, Mr. Mario Salgado. This request is made pursuant to 18 U.S.C. § 3142(i). The government has no opposition to this temporary release under the terms and conditions listed below.

Mr. Salgado's father's funeral will be in Alabama on Wednesday, February 16, 2022. Mr. Salgado is unable to travel to Alabama so he seeks to participate in the funeral via zoom from the Federal Defender Office.  During his temporary release, Mr. Salgado will be

-1-

accompanied by a defense investigator from the Federal Defender Office. The service for Mr. Salgado's father is scheduled to last from 11:00 a.m. to 1:00 p.m. PST.

    Mr. Salgado is pending trial and the government does not oppose this request for an order. Mr. Salgado requests to be temporarily released from the Sacramento County Jail on Wednesday, February 16, 2022 at 9:00 a.m. to the custody of defense investigator Melvin Buford. Mr. Salgado would be ordered to return to the Sacramento County Jail no later than 4:00 p.m. on February 16, 2022. While on release, Mr. Salgado agrees to abide by any conditions the Court will impose and remain in the custody of defense investigator Melvin Buford.

Respectfully submitted,

DATED: February 14, 2022       HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa Oren*
NOA OREN
Assistant Federal Defender
Attorneys for Alberto Salgado

DATED: February 14, 2022       PHILLIP A. TALBERT
United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING based on the stipulation of the parties.

IT IS HEREBY ORDERED, that Defendant Alberto Salgado be temporarily released from United States Marshal and Sacramento County Jail custody on Wednesday, February 16, 2022, at 9:00 a.m., to the custody of defense investigator Melvin Buford.  The temporary release is to accommodate Mr. Salgado's zoom participation in the funeral of his father.  Mr. Salgado will participate in the funeral via zoom from the Federal Defender Office at 801 I Street, 3rd floor.  After the funeral, Mr. Buford will return Mr. Salgado to the Sacramento County Jail no later than 4:00 p.m. on February 16, 2022.  Investigator Buford is ordered to notify the government and Pretrial Services immediately if Mr. Salgado is non-compliant with the conditions of release. Mr. Salgado will be subject to the terms and conditions set forth in the Notice to Defendant Being Released, attached hereto as Exhibit A.

Mr. Salgado shall sign this Notice and it will be filed on the court docket. IT IS SO ORDERED IT IS SO FOUND AND ORDERED

Dated:  February 14, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-3-