FILED
February 14, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALBERTO GONZALEZ SALGADO

    Defendant.

Case No. 2:20-cr-00193-KJM-2

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALBERTO GONZALEZ SALGADO</u> Case No. <u>2:20-cr-00193-KJM-2</u> Charges <u>21 USC § 846</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety as stated on the record in open court.

    _____ Corporate Surety Bail Bond

    __X__ (Other): <u>Defendant temporarily released on 2/16/2022 at 9:00 AM to the custody of defense investigator, Melvin Buford to attend a funeral via Zoom at the Federal Defender's Office on the 3rd Floor. Mr. Buford will return defendant (Salgado) to the Sacramento CountyJail no later than 4:00 PM on 2/16/2022.</u>

Issued at Sacramento, California on at 2:00 PM on February 14, 2022

    /s/ Kendall J. Newman
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE