PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-0193-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| MARTIN CERVANTES VASQUEZ, ALBERTO GONZALEZ SALGADO, and ISAIAH ALBERTO SALGADO, | DATE: August 31, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 31, 2023.

2. By this stipulation, defendants now move to continue the status conference until February 8, 2024, at 9:00 a.m., and to exclude time between November 9, 2023, and February 8, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case to date includes more than 5,539 pages of investigative reports, photographs, affidavits, and other documents, as well as video and audio recordings, as well as complete downloads of

approximately 17 seized cell phones. The cell phone downloads include extensive communications, many of which are in the Spanish language, as well as other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)      On August 4, 2023, the Court signed an Order substituting Attorney Dina L. Santos as counsel of record for defendant Alberto Salgado. ECF No. 77.

       c)      Counsel for all defendants need additional time to review the discovery in this case; to conduct independent factual investigation; to research trial and sentencing issues; to consult with their clients; and to otherwise prepare for trial.

       d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       e)      The government does not object to the continuance.

       f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2023 to February 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated: November 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: November 1, 2023 | /s/ Toni L. White<br>Toni L. White<br>Counsel for Defendant<br>MARTIN CERVANTES VASQUEZ |
| Dated: November 1, 2023 | /s/ Dina L. Santos<br>Dina L. Santos<br>Counsel for Defendant<br>ALBERTO GONZALEZ SALGADO |
| Dated: November 1, 2023 | /s/ David D. Fischer<br>David D. Fischer<br>Counsel for Defendant<br>ISAIAH ALBERTO SALGADO |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of November, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE