MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALEZ SALGADO,<br><br>Defendant. | 2:20-CR-00193-DJC<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Alberto Gonzalez Salgado, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Alberto Gonzalez Salgado's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Real property located at 8471 Varney Avenue, Sacramento, California, Sacramento County, APN: 064-0062-003-0000.

2. The above-listed property constitutes property used and intended to be used to commit and to facilitate violations of 21 U.S.C. §§ 841(a)(1) and 846.

3. The sum of $100,000.00 shall be forfeited in lieu of forfeiting the real property located at 8471 Varney Avenue, Sacramento, California.  Payment should be made in the form of a cashier's check made payable to the U.S. Marshal's Service and sent to the U.S. Attorney's Office, Attn: Asset

Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the $100,000.00 sub *res* shall be seized and held by the U.S. Marshal's Service, in its secure custody and control.

4.	If the sub *res* of $100,000.00 is not paid by sentencing, the U.S. Marshal's Service shall be authorized to sell the real property located at 8471 Varney Avenue, Sacramento, California, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  The United States shall receive through escrow the net proceeds up to $100,000.00, less payments for costs of the selling of the property, legitimate liens, taxes, and any repairs.  The defendant shall receive all remaining amounts after payment of costs of sale, legitimate liens, taxes, and repairs or costs incurred by the U.S. Marshal's Service.  The defendant shall maintain the real property in the good condition and repair until he has paid the $100,000.00 sub *res*.

5.	Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshal's Service, in its secure custody and control.

6.	a.	Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.	This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

///

///

Preliminary Order of Forfeiture

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 27th day of January, 2025.

Dated: January 27, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE