MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO GONZALEZ SALGADO,<br><br>Defendant. | 2:20-CR-00193-DJC<br><br>FINAL ORDER OF FORFEITURE |

On or about January 28, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Alberto Gonzalez Salgado forfeiting to the United States the following property:

    a.    Real property located at 8471 Varney Avenue, Sacramento, California, Sacramento County, APN: 064-0062-003-0000.

Beginning on February 4, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

1

      a.    Soraya Santamaria: A notice letter was sent via certified mail to Soraya Santamaria at 8471 Varney Avenue, Sacramento, CA 95828 on March 28, 2025. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed. The USPS.com Tracking Results confirm the notice letter was delivered on March 31, 2025.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Alberto Gonzalez Salgado and Soraya Santamaria:

      a.    A sub *res* in the amount of $100,000.00, plus all accrued interest, in lieu of the real property located at 8471 Varney Avenue, Sacramento, California, Sacramento County, APN: 064-0062-003-0000.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 11th day of June, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE